# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140929 & (57)(62)

HOWELL EDUCTION ASSOCIATION
MEA/NEA, DOUG NORTON, JEFF HUGHEY,
JOHNSON McDOWELL, and BARBARA
CAMERON,
      Plaintiffs-Appellees,

v

HOWELL BOARD OF EDUCATION and
HOWELL PUBLIC SCHOOLS,
      Defendants,

and

ERIC ROTHOFF,
      Intervenor-Appellant.

SC: 140929
COA: 288977
Livingston CC: 07-022850-CK

_____/

      On order of the Court, the motion for leave to file brief amicus curiae and the motion to intervene are GRANTED. The application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CORRIGAN, YOUNG, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2010

_____
Clerk

s1222